## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**RANDALL TOWNSEND,**

      **Plaintiff,**

**v.**                                   **Case No. 4:21-cv-502-AW-HTC**

**CHARLES T. CANADY, et al.,**

      **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's February 15 Report and Recommendation. ECF No. 7. No objections have been filed. I have determined the Report and Recommendation should be adopted. It is now ORDERED:

1.    The Report and Recommendation (ECF No. 7) is adopted and incorporated into this order.

2.    The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with court orders, failure to prosecute, and as frivolous."

3.    The clerk will then close the file.

SO ORDERED on March 19, 2022.

s/ *Allen Winsor*_____
United States District Judge